**IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF WEST VIRGINIA**

**HUNTINGTON DIVISION**

VINCENT BAISI,

                    Plaintiff,

v.                                       CIVIL ACTION NO. 3:24-00162

CPL. JOHN BLEAVINS,

                    Defendant.

**MEMORANDUM OPINION AND ORDER**

This action was referred to the Honorable Omar J. Aboulhosn, United States Magistrate Judge, for submission to this Court of proposed findings of fact and recommendation for disposition, pursuant to 28 U.S.C. § 636(b)(1)(B). The Magistrate Judge has submitted Findings of Fact and recommended that the Court dismiss Plaintiff's due process claim under the Fourteenth Amendment for failure to state a plausible claim, deny Plaintiff's Motion for Summary Judgment (ECF No. 108), and deny Defendant Bleavins' Motion for Summary Judgment (ECF No. 115). No objections to the Magistrate Judge's findings and recommendation have been filed.

Accordingly, the Court accepts and incorporates herein the findings and recommendation of the Magistrate Judge and **DISMISSES** Plaintiff's due process claim under the Fourteenth Amendment for failure to state a plausible claim, **DENIES** Plaintiff's Motion for Summary Judgment (ECF No. 108), and **DENIES** Defendant Bleavins' Motion for Summary Judgment (ECF No. 115), consistent with the findings and recommendation.

-2-

The Court **DIRECTS** the Clerk to forward copies of this written opinion and order to all counsel of record, and any unrepresented parties.

ENTER:        November 7, 2025

ROBERT C. CHAMBERS
UNITED STATES DISTRICT JUDGE